# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

**NOTICE OF ISSUANCE OF MANDATE**

DATE: January 8, 2007

TO: Stephen R. Ludwig
United States District Court
Northern District of Indiana
Suite 2300
Hammond Division
5400 Federal Plaza
Hammond, IN  46320

FROM: Clerk of the Court

RE: 06-2243
Curtis, William G. v. USA
04 C 443, Rudy Lozano, Judge

**FILED**
JAN 0 9 2007
At_____M
STEPHEN R. LUDWIG, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any.  A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

[ ] No record filed
[X] Original record on appeal consisting of:

**ENCLOSED:**                                                   **TO BE RETURNED AT LATER DATE:**
   [2]    Volumes of pleadings                  [ ]
   [ ]    Volumes of loose pleadings            [ ]
   [ ]    Volumes of transcripts                [ ]
   [ ]    Volumes of exhibits                   [ ]
   [ ]    Volumes of depositions                [ ]
   [ ]    In Camera material                    [ ]
   [ ]    Other_____        [ ]

          Record being retained for use         [ ]
          in Appeal No. _____

Copies of this notice sent to:       Counsel of record
   [ ]    United States Marshal
   [ ]    United States Probation Office

**NOTE TO COUNSEL:**
If any physical and large documentary exhibits have been filed in the above-entitled cause, they are to be withdrawn ten days from the date of this notice.  Exhibits not withdrawn during this period will be disposed of.

Please acknowledge receipt of these documents on the enclosed copy of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Received above mandate and record, if any, ~~from~~ the Clerk, U.S. Court of Appeals for the Seventh Circuit.

Date: 1/9/07
(1071-120397)                              Deputy Clerk, U.S. District Court

CERTIFIED COPY

# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

**FILED**

Submitted November 3, 2006
Decided November 16, 2006

JAN 0 9 2007
At_____M
STEPHEN R. LUDWIG, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

**Before**

Hon. FRANK H. EASTERBROOK, *Circuit Judge*

Hon. TERENCE T. EVANS, *Circuit Judge*

Hon. DIANE S. SYKES, *Circuit Judge*

No. 06-2243

| | |
|---|---|
| WILLIAM G. CURTIS, *Petitioner-Appellant*, | Appeal from the United States District Court for the Northern District of Indiana, Hammond Division |
| v. | No. 04 C 443 |
| UNITED STATES OF AMERICA, *Respondent-Appellee*. | Rudy Lozano, *Judge*. |

### ORDER

Upon consideration of the late notice of appeal filed by William Curtis on March 31, 2006,

**IT IS ORDERED** that the appeal is **DISMISSED** for lack of jurisdiction. *See* Fed. R. App. P. 4(a)(1)(B).