UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

AMENDED JUDGMENT IN A CRIMINAL CASE

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> WILLIAM G. CURTIS, ) <br> Defendant ) <br> ) <br> ) <br> ) | CASE NUMBER 2:98CR78-003 <br> U.S.M. No. 05512-027 <br><br> ROXANNE MENDEZ JOHNSON, <br> ATTORNEY FOR DEFENDANT |

**THE DEFENDANT** was found guilty on count(s) 1,2,3,4,6 and 7 of the Third Superseding Indictment on October 13, 2000.

| Title, Section & Nature of Offense | Date Offense Concluded | Count No. |
|---|---|---|
| 21:846 CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE CRACK COCAINE | July 1998 | 1 |
| 21:861(a)(1) & 18:2 EMPLOY PERSONS UNDER 18 & AIDING & ABETTING | July 1998 | 2 |
| 18:924(j) & 18:2 MURDER WITH A FIREARM; AIDING & ABETTING | May 27, 1998 | 3,4 |
| 21:841(a)(1) & 18:2 POSSESSION WITH INTENT TO DISTRIBUTE CRACK COCAINE & AIDING & ABETTING | May 27, 1998 | 6 |
| 18:924(c)(1) & 2 CARRYING A FIREARM DURING THE COMMISSION OF A FELONY & AIDING & ABETTING | May 26, 1998 | 7 |

Defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**Date of Original Judgment:** 6/05/2001

August 18, 2021
Date of Imposition of Judgment

/s/ James T. Moody
James T. Moody, Judge
United States District Court

**Reason for Amendment:**
Reduction of Sentence Pursuant to § 404 of First Step Act of 2018 and 18 U.S.C. § 3582(c)

August 20, 2021
Date Signed

Defendant: WILLIAM G CURTIS  
Case Number: 2:98CR78-003  
Page 2 of 3

## IMPRISONMENT

The defendant's term or imprisonment on counts 1,2 and 6 is reduced to 293 months to be served concurrently with each other.  Defendant's consecutive life sentences on each of counts 3 and 4, and his consecutive 60-month sentence on count 7 remain unaffected.

The defendant is in the custody of the United States.

## RETURN

I have executed this judgment as follows:

    Defendant delivered _____ to _____ at _____,  
with a certified copy of this judgment.

                            _____  
                            UNITED STATES MARSHAL

                       By: _____  
                          DEPUTY UNITED STATES MARSHAL

Defendant: WILLIAM G CURTIS
Case Number: 2:98CR78-003

Page 3 of 3

## SUPERVISED RELEASE

The term of supervised release on counts 1 and 6 is reduced to 4 years.

Except as provided herein, all provisions of the original and amended judgments shall remain in effect.